Helene Hvizd Morris, West Palm Bch, FL, for Appellant.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Appellee.

Before BLACK, PRYOR and HILL, Circuit Judges.

PER CURIAM.

Helene Hvizd Morris, appointed counsel for Angel David Gonzalez, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Gonzalez's convictions and sentence are **AFFIRMED**.

MEDIANET OF SOUTH FLORIDA, INC., Plaintiff–Appellant,

v.

CITY OF MIRAMAR, Defendant–Appellee.

No. 04–14140

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Sept. 29, 2005.

Jamie A. Cole, Susan Lanelle Trevarthen, Matthew Harris Mandel, Weiss Serota Helfman Pastoriza Guedes Cole & Boniske, P.A., Fort Lauderdale, FL, for Appellee.

Before TJOFLAT, BIRCH and BARKETT, Circuit Judges.

PER CURIAM.

We agree with the district court that this case is controlled by *Coral Springs Street Systems, Inc. v. City of Sunrise*, 371 F.3d 1320 (11th Cir.2004), and that appellee is entitled to summary judgment.

**AFFIRMED.**

Before TJOFLAT and BARKETT, Circuit Judges and FULLER,* Chief District Judge.